UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 17 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Jay Stammerjohan, )
)
    Plaintiff, )
)
v. ) Civil Action No. 17-2618 (UNA)
)
CA Department of Transportation, )
)
    Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a).

Plaintiff, a resident of Culver City, California, sues the California Department of Transportation for alleged actions that are not clearly described. The attachments to the complaint suggest that this action arises from an accident in 2008 on a California highway. The

complaint presents neither a federal question nor a basis for diversity jurisdiction. As a result, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: January 17, 2018

_____
United States District Judge